JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONEWEST BANK, FSB, | CV 12-7497 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CORPORATION TRUST COMPANY; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the Court's March 28, 2013 Minute Order granting the Motion to Dismiss filed by defendant Corporation Trust Company ("Defendant"), which dismissed all of the claims asserted by plaintiff OneWest Bank, FSB ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: March 28, 2013

Percy Anderson
UNITED STATES DISTRICT JUDGE